# Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| R 3206928 | Stoffoldbauer | DE10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/31/2006 | DE Title 11 Sec 840 |

Place of Offense: 366 Galaxy St, Dover AFB, DE 19901

Offense Description: Shoplifting

R3206928

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Hess | Sarah | K |

Street Address: [redacted]

| City | State | Zip Code | Phone |
|---|---|---|---|
| Camden-Wyoming | DE | 19934 | 302 |

| Drivers License No | DL State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | DE | | 1981 |

| Sex ☐ Male ☒ Female | Hair BR | Eyes BR | Height 5'4" | Weight 158 |
|---|---|---|---|---|

A ☒ Adult ☐ Juvenile

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →**

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 844 King St, Wilmington, DE 19801

Date (mm/dd/yyyy) _____ Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place indicated or pay the total collateral due.

X Defendant Signature: Sarah Hess

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 31, 2006, while exercising my duties as a law enforcement officer in the Kent District of Delaware:

Your honor,

On 31 Oct I was dispatched to a shoplifting at the Main Exchange on Dover AFB, DE. Upon arrival, I made contact with the store detective and viewed video evidence of the defendant placing merchandise in her sweatshirt pockets. Defendant paid for several items, but did not pay for the following: one wet n wild mascara, one wet n wild eyeliner, two wet-n-wild Mass Eyescapes, four wet n wild lip glosses, three CG Smokey Eyeliners, two wet n wild Mega Sticks, one wet n wild Retractable Pencil and one wet n wild Lickening mascara. The total value of the shoplifted merchandise was $29.71.

The foregoing statement is based upon
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 10/31/2006
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 12/4/2006 14:26:21

**REDACTED**

**FILED JAN 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**