IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. :   VIOLATION NOTICE NO. *R3206928*

*Sarah K. Hess* :   *07-17M*

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _____*Sarah K. Hess*_____ .

                        COLM F. CONNOLLY
                        United States Attorney

BY: _____/s/_____
                        DUSTIN C. LANE, Captain, USAF
                        Special Assistant United States Attorney

DATE: April 25, 2007

**IT IS SO ORDERED** this __*25*__ day of __*April*__ 2007.

                        _____/s/_____
                        HONORABLE MARY PAT THYNGE
                        United States Magistrate Judge

FILED
APR 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE